# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Roach, Robert K. | U. S. District Court, NDTex | 03/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Part-time Magistrate Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

P. O. Box 8445
Wichita Falls, Texas 76307

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | Red River Valley Beekeepers Association, Wichita Falls, Texas |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Honey Sales from my bee hives | $1,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Equitable Mortgage | Condo Purchase Contract | J |
| 2. | American National Bank | Personal Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Ameribancshares-Common | D | Dividend | N | T | | | | | |
| 2.  -Abbott Labs | A | Dividend | J | T | | | | | |
| 3.  -AFLAC | A | Dividend | J | T | Buy | 8/2/12 | J | | |
| 4.  -Amgen, Inc.- Common | A | Dividend | J | T | | | | | |
| 5.  -Apache Corp. | A | Dividend | J | T | | | | | |
| 6.  -Apple Computer-Common | A | Dividend | J | T | | | | | |
| 7. | | | | | Sold (part) | 3/8/12 | J | A | |
| 8.  -Bell South Trust Certificates-Common | A | Dividend | J | T | | | | | |
| 9.  -Berkshire-Hathaway-Class B | A | Dividend | J | T | | | | | |
| 10. | | | | | Sold (part) | 4/12/12 | J | A | |
| 11.  -CF Industries Holdings | A | Dividend | J | T | Buy | 3/24/12 | J | | |
| 12.  -Chesapeake Energy Corp-Common | A | Dividend | | | | | | | |
| 13. | A | Dividend | | | Buy (add'l) | 6/4/12 | J | | |
| 14. | A | Dividend | | | Buy (add'l) | 6/25/12 | J | | |
| 15. | | | | | Sold | 12/18/12 | J | A | |
| 16.  -Chevron Corp New Commom | C | Dividend | J | T | | | | | |
| 17.  -Cisco Systems, Inc.-Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Cliffs Natural Resources, Inc. | C | Dividend | | | Sold | 04/26/12 | J | A | |
| 19. -CME Group, Inc. | A | Dividend | J | T | | | | | |
| 20. -Dell Inc. Common | A | Dividend | J | T | Buy | 12/1/12 | J | | |
| 21. -Direct TV | A | Dividend | J | T | Buy | 5/2/12 | J | | |
| 22. -Energen Corp.-Common | A | Dividend | J | T | | | | | |
| 23. | | | | | Buy (add'l) | 5/2/12 | J | | |
| 24. -Engility Holdings Inc. | | | | | Spinoff (from line 47) | 7/26/12 | J | | |
| 25. | | | | | Sold | 8/14/12 | J | A | |
| 26. -Exxon-Common | A | Dividend | K | T | | | | | |
| 27. -Fannie Mae Bond 3.875% 07/12/13 | B | Interest | K | T | | | | | |
| 28. -Freeport Copper and Gold-Class B-Common | A | Dividend | J | T | | | | | |
| 29. | | | | | Buy (add'l) | 03/26/12 | J | | |
| 30. | | | | | Buy (add'l) | 6/14/12 | J | | |
| 31. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 32. -General ElectricCompany-Common | A | Dividend | K | T | | | | | |
| 33. -Goldman-Sachs FPT Prime Fund | E | Dividend | L | T | | | | | |
| 34. -Goldman-Sachs Group-Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Google Inc. Class A | A | Dividend | J | T | | | | | |
| 36. -Halliburton Co.-Common | A | Dividend | K | T | | | | | |
| 37. -Harris Corp Del Com | D | Dividend | J | T | | | | | |
| 38. -Honeywell International Bond-6.125% | A | Interest | J | T | | | | | |
| 39. -IBM-Common | A | Dividend | J | T | | | | | |
| 40. | | | | | Sold (part) | 4/18/12 | J | A | |
| 41. -Johnson Controls Inc Bond 1.75% | E | Interest | K | T | | | | | |
| 42. -J P Morgan Chase & Co. Common | A | Dividend | J | T | Buy | 5/16/12 | J | | |
| 43. -Laboratory Corp. American Holdings | A | Dividend | J | T | | | | | |
| 44. | | | | | Sold (part) | 2/15/12 | J | A | |
| 45. | | | | | Sold (part) | 07/12/12 | J | D | |
| 46. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 47. -L3 Communication Holding Co.-Common | A | Dividend | | | | | | | |
| 48. | A | Dividend | | | Buy (add'l) | 3/19/12 | J | | |
| 49. | | | | | Sold | 12/7/12 | J | D | |
| 50. -Medtronic, Inc.-Common | A | Dividend | J | T | | | | | |
| 51. -Microsoft Corp.-Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 53. -National Oilwell Varco, Inc. | A | Dividend | J | T | Buy | 11/23/12 | J | | |
| 54. -Oracle Corp.-Common | A | Dividend | J | T | | | | | |
| 55. -Pfizer-Common | A | Dividend | J | T | | | | | |
| 56. | | | | | Buy (add'l) | 2/27/12 | J | | |
| 57. | | | | | Sold (part) | 5/9/12 | J | A | |
| 58. -Phillip Morris International-Common | A | Dividend | J | T | | | | | |
| 59. | | | | | Sold (part) | 5/14/12 | J | C | |
| 60. | | | | | Buy (add'l) | 5/31/12 | J | | |
| 61. | | | | | Sold (part) | 7/26/12 | J | A | |
| 62. Plum Creek Timber Co. Inc. Common | A | Distribution | J | T | Buy | 6/22/12 | J | | |
| 63. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 64. -Priceline Com Inc. | A | Dividend | J | T | Buy | 9/15/12 | J | | |
| 65. -Proctor and Gamble-Common | A | Int./Div. | J | T | | | | | |
| 66. | | | | | Sold (part) | 6/25/12 | J | A | |
| 67. -SPDR Gold Trust | A | Dividend | L | T | | | | | |
| 68. | | | | | Sold (part) | 3/5/12 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/26/12 | J | B | |
| 70.  -Target Corp Common | D | Dividend | K | T | | | | | |
| 71.  -Teva Pharmaceutical Inds Ltd ADR | A | Interest | | | Sold | 1/15/12 | J | A | Market |
| 72.  -Trinity Industries-Common | A | Dividend | | | Sold | 1/15/12 | J | A | Market |
| 73.  -Union Pacific Bond 5.375% | B | Interest | K | T | | | | | |
| 74.  -UST, INc. Bond 4.75% | A | Interest | | | Matured | 7/16/12 | K | A | |
| 75.  -Valero Energy Corp.-New Common | A | Dividend | J | T | | | | | |
| 76.  -Vanguard FSTE Allworld Ex-US Bond | E | Interest | L | T | | | | | |
| 77.  -Verison Corp.-Common | A | Dividend | J | T | | | | | |
| 78. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 79. | | | | | Buy (add'l) | 2/7/12 | J | | |
| 80. | | | | | Sold (part) | 10/25/12 | J | B | |
| 81.  -Wal Mart Stores Inc. Common | A | Dividend | J | T | | | | | |
| 82. | | | | | Sold (part) | 7/24/12 | J | A | |
| 83. | | | | | Buy (add'l) | 9/4/12 | J | | |
| 84. | | | | | Sold (part) | 10/25/12 | J | A | |
| 85.  -Warner Chilcott Public Fund | A | Distribution | J | T | Buy | 5/8/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Wells Fargo Common | A | Dividend | J | T | | | | | |
| 87. -E M C Corp Mass-Common | A | Dividend | J | T | | | | | |
| 88. -Federated Total Return Bond Fund | B | Interest | K | T | | | | | |
| 89. -Pepsico-Common | A | Dividend | J | T | | | | | |
| 90. | | | | | Sold (part) | 9/5/12 | J | A | |
| 91. -IBM-Common | A | Dividend | J | T | | | | | |
| 92. -Goldman Sachs FST Prime Fund | D | Dividend | J | T | | | | | |
| 93. -Intel Corp-Common | A | Dividend | | | Sold | 12/5/12 | J | A | Market |
| 94. -Wal-Mart Stores, Inc.-Common | A | Dividend | J | T | | | | | |
| 95. -Wells Fargo & Co. New Common | A | Dividend | J | T | | | | | |
| 96. -Whirlpool Corp Bond 5.5% | E | Interest | K | T | | | | | |
| 97. -American National Bank, Accounts | A | Interest | J | T | | | | | |
| 98. Ameribancshares-Common | B | Dividend | M | T | | | | | |
| 99. 912 Company-Wichita Falls-Oil & Gas Partnership | E | Distribution | N | W | | | | | |
| 100. Northwestern Mutual Life-Whole Life Policy | A | Interest | K | T | | | | | |
| 101. Clay Roach Loan | C | Interest | L | U | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roach, Robert K.** | 03/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Item 86 reflects an unsecured loan ▓▓▓▓▓ Clay Roach, for his use in his business.

Part VII.  Item 33 reflects the corrected number of the fund to ▓▓▓

Part VII.  Item 74 reflects the proper spelling of the security "UST" rather than "JUST" in prior reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Roach, Robert K. | 03/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert K. Roach**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544